UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:10CV1037 HEA |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent, | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Robert Bell, Jr. for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court will not issue a Certificate of Appealability.

Dated this 30th day of September 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE